**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TED E. MUELLER, Individually and as Trustee of the Vernerties Hynous-Mueller Trust Dated 1-14-2000, <br><br> Plaintiff, <br><br> v. <br><br> MIDLAND NATIONAL LIFE INSURANCE COMPANY, <br><br> Defendant. | No. 1:18-cv-00121 <br> Judge Virginia M. Kendall <br><br> Magistrate Judge Sheila Finnegan |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, <br><br> Cross and Counterclaim Plaintiff, <br><br> v. <br><br> TED E. MUELLER, RACHEL TIMMS, RENEE AGER, MICHELLE (GONZALEZ) COLLINS, and MELISSA COLLINS, <br><br> Cross and Counterclaim Defendants. | |

## MIDLAND'S MOTION FOR FINAL JUDGMENT ORDER IN INTERPLEADER

Defendant/Counter and Crossclaim Plaintiff, MIDLAND NATIONAL LIFE INSURANCE COMPANY ("Midland"), by and through its attorneys, Donald A. Murday, Vittorio F. Terrizzi, and Chittenden, Murday & Novotny LLC, hereby submits its Motion for Final Judgment Order in Interpleader. In support of its Motion, Midland states:

1. Plaintiff Ted E. Mueller ("Mueller") filed a lawsuit in the Circuit Court of Cook County, Illinois, County Department, Chancery Division against Midland seeking the proceeds of

two annuity contracts issued by Midland identifying Vernerties Hynous-Mueller ("Vernerties") as the annuitant: contract number 8500157718 ("Annuity 718") and contract number 8500164482 ("Annuity 482").

2. Midland removed the lawsuit to this Court (Doc. no. 1), answered the complaint, and filed a counterclaim for interpleader against Mueller and crossclaims for interpleader against Rachell Timms, Renee Ager, Michelle Gonzalez Collins, and Melissa Collins (the "Interpleader Defendants"). (Doc. no. 11). Midland brought its interpleader claims pursuant to 28 U.S.C. §§ 1335, 1397, and 2361. Midland's interpleader action includes 21 exhibits.

3. Counsel for Mueller filed his appearance before this Court. (Doc. no. 9).

4. Midland filed its motion to deposit its admitted liability as to both annuities (Doc. no. 12) which was granted by the court (Doc. no. 15). Midland deposited the admitted liability for both annuities with the Court on January 25, 2018 in the amount of $228,927.93.

5. Mueller filed his answer to Midland's interpleader action. (Doc. no. 26).

6. The Interpleader Defendants were each successfully served by Rule 4 waiver and each returned waiver was filed with the court. (Doc. nos. 17, 18, 22, and 25). Counsel for the Interpleader Defendants filed her appearance before this Court. (Doc. no. 29).

7. The Interpleader Defendants filed their answer to Midland's crossclaims for interpleader along with crossclaims against Midland and Mueller demanding, among other things, that Midland deposit the proceeds from both annuities with the Court, which had already been done. (Doc. no. 34).

8. Midland filed a Motion to Dismiss the claims brought by the Interpleader Defendants, which is currently pending before the Court.

9. Midland filed this interpleader action in good faith and has done all that is required by law to perfect its interpleader action and now seeks an order discharging Midland from this matter.

10. Midland had properly served a copy of this Motion for Final Judgment Order in Interpleader on all of the parties.

11. Midland submits its proposed Final Judgment Order in Interpleader to the Court pursuant to and in accordance with Judge Kendall's case management procedures.

**WHEREFORE**, Midland National Life Insurance Company prays this honorable Court enter an order or orders granting it the following relief:

    A.    Enjoining Ted Mueller, Rachel Timms, Renee Ager, Michelle (Gonzalez) Collins, and Melissa Collins, during the pendency of this case and thereafter permanently and perpetually, from commencing or prosecuting any proceeding or claim against Midland National Life Insurance Company in any state or federal court or other forum with respect to proceeds payable under the terms of Annuity 8500157718 and Annuity 8500164482 and on account of the death of Vernerties Hynous-Mueller, the annuitant, and that said injunction issue without bond or surety;

    B.    Granting judgment to Midland National Life Insurance Company with the finding that it has no further liability to Ted Mueller, Rachel Timms, Renee Ager, Michelle (Gonzalez) Collins, and Melissa Collins, or to any person or entity claiming through them, for the proceeds payable and related to Annuity 8500157718 and Annuity 8500164482 and on account of the death of Vernerties Hynous-Mueller;

    C.    Entering an order finding that Midland National Life Insurance Company has acted in good faith by interpleading the proceeds of Annuity 8500157718 and Annuity 8500164482 with the Court or its clerk;

    D.    Excusing Midland National Life Insurance Company from further attendance in connection with this cause, ordering the adverse and potentially adverse claimants, Ted Mueller, Rachel Timms, Renee Ager, Michelle (Gonzalez) Collins, and Melissa Collins to litigate their claims and contentions concerning Annuity 8500157718 and Annuity 8500164482 without further involving Midland National Life Insurance Company;

    E.    Entering judgment in favor of Midland National Life Insurance Company, and against Ted Mueller, Rachel Timms, Renee Ager, Michelle (Gonzalez) Collins, and Melissa Collins, on its Crossclaim and Counterclaim for Interpleader with an

express finding of finality pursuant to Rule 54(b) of the Federal Rules of Civil Procedure;

F. Awarding Midland National Life Insurance Company its actual court costs and attorneys' fees incurred in connection with prosecuting this Interpleader action, such costs to be deducted from the amount deposited with the Court or its clerk;

G. Granting Midland National Life Insurance Company such further and other relief as this Court deems just and appropriate.

Dated: **April 25, 2018.**

                                 Respectfully submitted,

                                 CHITTENDEN, MURDAY & NOVOTNY, LLC.


                               By: /s/Vittorio F. Terrizzi
                                   One of the Attorneys for Midland National
                                   Life Insurance Company

Donald A. Murday
dmurday@cmn-law.com
Vittorio F. Terrizzi
vterrizzi@cmn-law.com
Chittenden, Murday & Novotny LLC
303 West Madison Street
Suite 1400
Chicago, IL 60606
(312) 281-3600
Fax (312) 281-3678

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, I electronically filed the foregoing Motion for Final Judgment Order in Interpleader with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

| | |
|---|---|
| Michael J. Cronin, Esq. | Colette Luchetta-Stendel, Esq. |
| Law Office of Michael J. Cronin | Colette Luchetta-Stendel, Attorney at Law |
| 200 E. Randolph Street | 45 East Maple Street |
| Suite 5100 | Lombard, IL 60148 |
| Chicago 60601-6528 | colette@ameritech.net |
| mcroninlaw@gmail.com | |

/s/ Vittorio F. Terrizzi
Vittorio F. Terrizzi
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600 (phone)
(312) 281-3678 (fax)